# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**COURTNAY BELL**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:20-CV-001355-BSM**

**BAPTIST HEALTH,** *et al.*                                                      **DEFENDANTS**

## ORDER

Courtnay Bell's motion to dismiss Doctor Kapil Yadav without prejudice [Doc. No. 5] is granted.  *See* Fed. R. Civ. P. 41.

IT IS SO ORDERED this 12th day of March, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE